IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ARTHUR EDWARD SUAREZ,<br>a/k/a "Jesse,"<br><br>         Defendant. | Filed Under Seal<br><br>Case No. 23-CR-00235-GKF |

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 9th day of August, 2023.

                                        Respectfully submitted,

                                        CLINTON J. JOHNSON
                                        UNITED STATES ATTORNEY

                                        */s/ Joel-lyn A. McCormick*
                                        Joel-lyn A. McCormick, OBA #18240
                                        Assistant United States Attorney
                                        110 West Seventh Street, Suite 300
                                        Tulsa, Oklahoma 74119
                                        (918) 382-2700