



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-235-GKF-1 |
| ARTHUR EDWARD SUAREZ, | FILED UNDER SEAL |
| Defendant. | |

**FILED AUG 1 8 2023 Mark C. McCartt, Clerk U.S. DISTRICT COURT**

### Petition for Writ of Habeas Corpus Ad Prosequendum

COMES NOW Joel-lyn A. McCormick, Assistant United States Attorney for the Northern District of Oklahoma and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which Arthur Edward Suarez, is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have Arthur Edward Suarez, present at Tulsa, Oklahoma, forthwith and for the duration of this case.

That Arthur Edward Suarez, at this time is a prisoner in the Wagoner County Jail in Wagoner, Oklahoma and will not have been released on the date that is scheduled, and that Arthur Edward Suarez, is in the charge, custody, and under the control of the Sheriff of Wagoner County Jail in Wagoner, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Sheriff of said institution, and that he be

directed and required to deliver the body of Arthur Edward Suarez, to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of Arthur Edward Suarez, before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of Arthur Edward Suarez, to the aforesaid Wagoner County Jail, Wagoner, Oklahoma.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ Joel-lyn A. McCormick*
Joel-lyn A. McCormick OBA No. 18240
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

Joel-lyn A. McCormick, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

_____
Assistant United States Attorney

Subscribed and sworn to before me this 18th day of Aug., 2023.

_____
Notary Public

My commission expires:

3/3/2026