## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 23-CR-235-GKF-1** |
| | **FILED UNDER SEAL** |
| **ARTHUR EDWARD SUAREZ,** | |
| **Defendant.** | |

### Order Granting Writ of Habeas
### Corpus Ad Prosequendum

Before the Court is the Petition for Writ of Habeas Corpus Ad Prosequendum (Dkt. #88) filed herein by Joel-lyn A. McCormick, Assistant United States Attorney, whereby it appears that Arthur Edward Suarez, is defendant in a certain case in this Court, which is assigned for initial appearance, and his presence is required forthwith, and for the duration of this case. It further appearing that Arthur Edward Suarez, is a prisoner and confined in the Wagoner County Jail, Wagoner, Oklahoma and is under the control and in the charge and custody of the Sheriff of said institution, and it appearing that a Writ of Habeas Corpus Ad Prosequendum ought to issue.

**IT IS THEREFORE ORDERED** that the petition (Dkt. #88) is **granted**. A Writ of Habeas Corpus Ad Prosequendum shall issue out of and under the seal of this Court, directed to the Sheriff of the Wagoner County Jail, Wagoner, Oklahoma commanding him to deliver the body of Arthur Edward Suarez, to the United States Marshal for the Northern

c/J. McCormick, USPO

District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent,

upon delivery to said Sheriff of said writ, and that the United States Marshal, deputy, or

agent shall produce the body of Arthur Edward Suarez, to the United States District Court

forthwith, in a certain case wherein the United States of America is plaintiff and Arthur

Edward Suarez, is defendant, and that upon completion of this case, the United States

Marshal, deputy, or agent shall return the body of Arthur Edward Suarez, to the aforesaid

Sheriff.

DATED this 21st day of August, 2023.

Gregory K. Frizzell
United States District Judge

2