IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-235-GKF-1 |
| | <u>FILED UNDER SEAL</u> |
| ARTHUR EDWARD SUAREZ, | |
| Defendant. | |

**Writ of Habeas Corpus Ad Prosequendum**

THE PRESIDENT OF THE UNITED STATES OF AMERICA: TO THE UNITED STATES MARSHAL, TULSA, OKLAHOMA, AND SHERIFF OF WAGONER COUNTY JAIL, WAGONER, OKLAHOMA

GREETINGS:

You are hereby commanded to deliver the body of Arthur Eugene Suarez by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of Arthur Eugene Suarez to the United States District Court for the Northern District of Oklahoma forthwith, in a certain case wherein the United States of America is plaintiff and Arthur Eugene Suarez is defendant, and upon completion of this case, the United States Marshal, deputy, or agent shall return Arthur Eugene Suarez to the aforesaid Wagoner

County Jail, Wagoner, Oklahoma and that thereupon the Marshal, deputy, or agent shall then and there make return of his actions and doings on said writ as provided by law.

Dated this 21 day of August, 2023.

                MARK C. McCARTT, Clerk
                United States District Court
                Northern District of Oklahoma

                   s/D. Ambrosio

By:   s/ D. Ambrosio
      Deputy