


FILED
AUG 29 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-235-GKF-1 |
| ARTHUR EDWARD SUAREZ, | <u>FILED UNDER SEAL</u> |
| Defendant. | |

### Motion to Withdraw Petition for Writ

Comes now the United States of America by and through Clinton J. Johnson, Acting United States Attorney and Assistant United States Attorney Joel-lyn A. McCormick and moves the Court to withdraw the petition for writ issued in this matter. In support of this motion, the United States offers the following:

1. The petition for writ filed on August 23, 2023, is a duplicate of petition filed August 18, 2023, and was filed in error.

For the reasons set out in this motion, the United States respectfully requests the petition for writ be withdrawn.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ Joel-lyn A. McCormick
Joel-lyn A. McCormick, OBA No. 18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

2