IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | |
| vs. | | Case No.: 23-CR-235-003-GKF |
| Nicholas Lawrence Guilfoyle | Defendant(s). | Criminal Information Sheet |
| | | Interpreter: Yes ☐  No ☒ |

Date: _9/18/2023_

Magistrate Judge Steele    Deputy Tami Calico    USPO E. Cervini
Date of Arrest: 9/18/2023    Arrested By: FBI    ☒ Detention Requested by AUSA
Bail Recommendation:    ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. ____    ☐ m ____    ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s ____
☐ c. ☐ d.. ☐ e. ☐ f. ☐ g.    ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ h. ☐ i. ☐ j.    ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ k. (☐ i, ☐ ii, ☐ iii)    ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ l. ____    ☐ w (☐ 1, ☐ 2) ☐ x. (other) ____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:    ☒ Yes    ☐ No
Defendant's Attorney: Stephen Layman    ☐ FPD;    ☒ Ct. Appt;    ☐ Ret Counsel
AUSA: Joel-lyn McCormick / Adam Bailey for.

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
   ☐ Verified in open court
   ☒ Corrected by interlineation to _Add AKA Nicholes Lawrence Guilfoyle_
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:    ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☒ Detention Hearing scheduled: _9-22-23_ at _2:00_ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention #_15_: ☐ Granted; ☐ Denied; ☐ Moot    Mot. for Hearing #_16_ ☒ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____
_____
_____