


~~SEALED~~ unsealed 9/18/23

RECEIVED JUL 1 2 2023 BY: USMS

AO 442 (Rev. 10/13) Arrest Warrant

FILED SEP 1 9 2023 Mark C. McCartt, Clerk U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| NICHOLAS LAWRENCE GUILFOYLE, a/k/a "Whiteboy," | ) |
| Defendant | ) |

Case No. 23 CR 235 GKF

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICHOLAS LAWRENCE GUILFOYLE, a/k/a "Whiteboy,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of Firearms
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: JUL 1 1 2023

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 07/17/2023, and the person was arrested on *(date)* 09/16/2023
At *(city and state)* Tulsa, OK
Date: 09/18/2023

*Arresting officer's signature*

Zachariah Balser, Special Agent
*Printed name and title*

JAM/kj