# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 23-cr-235-GKF-3 |
| vs. | | Date: 9/22/2023 |
| | | Court Time: 2:19-2:20 |
| Nicholas Lawrence Guilfoyle, | Defendant(s). | **MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Mark T. Steele, U.S. Magistrate Judge     T. Calico, Deputy Clerk     Courtroom 5

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: Joel-lyn Alicia McCormick / Valeria Luster for
Counsel for Defendant: Stephen G Layman     Appt.
Case called for:   ☒ Detention Hearing,   ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives:   ☐ Preliminary Hearing ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 15 ): ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,   ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes: _____
_____

Government's Witnesses:                                    Defendant's Witnesses:

Government's Exhibits:                                     Defendant's Exhibits: