UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS LAWRENCE GUILFOYLE,<br><br>    Defendant, | Case No. 23-CR-235-GKF |

### Government's Notice of Intent to Introduce Testimony Pursuant to Rule 16(a)(1)(G) of the Federal Criminal Rules of Procedure

The United States gives notice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), of its intent to introduce testimony at trial of expert witnesses who are forensic chemists and/or Nexus Experts.

Under Federal Rules of Evidence 702, 703, and 705, the witnesses will testify consistent with reports of analysis and expert opinions from their examination of evidence seized during the criminal investigation. The government has provided reports to the defense through discovery.

The government requests discovery pursuant to Rule 16(b) and (b)(1)(C)(i). The government reserves the right to supplement this notice as needed.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/Joel-lyn McCormick
JOEL-LYN A. McCORMICK, OBA #18240
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and emailed a copy to the attorney for the defendant.

    Stephen Laymen
    Counsel for the Defendant

                                              */s/ Joel-lyn A. McCormick*