IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR EDWARD SUAREZ,<br>a/k/a "Jesse"<br>TAUSHA MICHELLE SWARER,<br>NICHOLAS LAWRENCE GUILFOYLE,<br>a/k/a "Whiteboy"<br><br>    Defendants. | Case No. 23-CR-235-GKF |

### Entry of Appearance

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute any forfeiture matters of the case for the United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma   74119
Telephone:   918.382.2700
Facsimile:   918.560.7939
Email:   reagan.reininger@usdoj.gov

## Certificate of Service

    I hereby certify that on October 6, 2023, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                                      _/s/ Janna Tomah_
                                                      JANNA TOMAH, Data Analyst