UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>                           Plaintiff,<br>vs.<br><br>Nicholas Lawrence Guilfoyle<br>                           Defendant. | Case No.: 23-cr-235-GKF<br><br>**WAIVER OF SPEEDY TRIAL** |

      The Defendant, Nicholas Lawrence Guilfoyle ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

      Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from November 20, 2023 to December 20, 2023 be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_/s/ Nicholas Guilfoyle_  
Defendant

10/10/23  
Date

      I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_/s/_  
Attorney for Defendant

10 OCT. 2023  
Date

Waiver of Speedy Trial

(CR-06p Modified 8/2021)