IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No.: 23-cr-00235-GKF |
| | ) |
| NICHOLAS LAWRENCE GUILFOYLE, | ) |
| | ) |
| Defendant. | ) |

SECOND UNOPPOSED MOTION FOR CONTINUED SCHEDULING ORDER

Defendant, Nicholas L. Guilfoyle, by and through undersigned counsel, respectfully moves the Court to continue the scheduling order herein (Doc. #29), for a period of sixty-days, upon the following grounds:

1. Two of three co-defendants indicted herein have yet to be taken into federal custody.

2. With respect to Defendant Guilfoyle, some government discovery has been produced, however, additional time is required for additional discovery production by the government, and for negotiations with the government as to an agreed disposition.

3. It is estimated that sixty-days additional time will be necessary.

4. It is respectfully urged that the ends of justice served by this requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161(h)(7)(A).  It is also respectfully urged that denial of the requested continuance would result in irreparable prejudice to defendant by denying counsel the reasonable time necessary for effective trial preparation taking into account the exercise of due diligence. *See Id.* at §3161(h)(7)(b)(iv).

5. The government, by and through Assistant U.S. Attorneys Joel-lyn McCormick and

Adam Bailey, has no objection to the requested continuance.

6. This Motion is submitted in good faith and not for the purpose of delay.

7. An executed Speedy Trial Waiver is to be filed forthwith once Defendant's signature can be obtained in-custody.

WHEREFORE, premises considered, the Court is respectfully moved to continue the scheduling order herein for a period of sixty-days, for good cause as shown above.

Respectfully submitted,

s/ Stephen G. Layman
Stephen G. Layman, OBA No. 22423
LAYMAN & MORRIS, PLLC
401 South Boston Avenue | Suite 500
Tulsa, Oklahoma 74103
(918) 933-4353 *Telephone*
(918) 699-0353 *Facsimile*
steve@laymanmorris.com
COUNSEL OF RECORD FOR DEFENDANT
NICHOLAS LAWRENCE GUILFOYLE

CERTIFICATE OF SERVICE

I certify that on the 21st day of November 2023, a true-and-correct copy of the foregoing was served upon:

Joel-lyn McCormick
Assistant U.S. Attorney

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to ECF registrant(s) above.

s/ Stephen G. Layman