## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

　　　　　　　　　　　　　Plaintiff,

vs.

Nicholas Lawrence Guilfoyle

　　　　　　　　　　　　　Defendant.

Case No.: 23-cr-235-GKF

**WAIVER OF SPEEDY TRIAL**

The Defendant, <u>Nicholas Lawrence Guilfoyle</u> ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from <u>November 20, 2023</u> to <u>January 19, 2024</u> be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____
Defendant

11/22/23
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____
Attorney for Defendant

11/22/2023
Date