IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 23-cr-00235-GKF |
| | ) | |
| NICHOLAS LAWRENCE GUILFOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING

Defendant, Nicholas Lawrence Guilfoyle, by and through undersigned counsel, respectfully moves the Court for a seven (7) day continuance of his change of plea hearing herein—currently scheduled on January 9, 2024, at 10:15 a.m.—for good cause shown as follows:

1. The government's draft plea agreement was distributed to defense counsel on January 5, 2024.

2. Accordingly, additional time is required for defense counsel to consult with Defendant, in custody, regarding said proposed plea agreement.

3. It is also respectfully submitted that additional time is also required for legal research due to the particular facts and circumstances of this case, and due to anticipated issues at sentencing.

4. It is estimated that an additional seven (7) days will be sufficient to accomplish the above, and to timely submit plea paperwork to the court prior to change of plea hearing.

5. The government, by and through Assistant U.S. Attorney Adam Bailey, has no objection to the requested continuance.

6. This motion is submitted in good faith and not for the purpose of delay.

WHEREFORE, premises considered, the Court is respectfully moved to continue Mr. Guilfoyle's change of plea hearing—currently scheduled January 9, 2024, at 10:15 a.m.—for a period of seven days, for good cause as set forth above.

        Respectfully submitted,

        LAYMAN & MORRIS, pllc

        s/ Stephen G. Layman
        Stephen G. Layman, OBA No. 22423
        Mid-Continent Tower
        401 South Boston Avenue | Suite 500
        Tulsa, Oklahoma 74103
        (918) 933-4353 *Telephone*
        (918) 699-0353 *Facsimile*
        steve@laymanmorris.com
        COUNSEL OF RECORD FOR DEFENDANT
        NICHOLAS LAWRENCE GUILFOYLE

CERTIFICATE OF SERVICE

I certify that on the 5th day of January 2024, a true-and-correct copy of the foregoing was served upon the following:

    Adam Bailey
    Assistant U.S. Attorney
    adam.bailey@usdoj.gov

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrant(s) above.

        s/ Stephen G. Layman