IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 23-cr-00235-GKF |
| | ) | |
| NICHOLAS LAWRENCE GUILFOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF TRIAL DATE AND CHANGE OF PLEA HEARING

Defendant, Nicholas Lawrence Guilfoyle, by and through undersigned counsel, respectfully moves the Court for an approximate thirty (30) day continuance of his scheduled trial date—currently set January 16, 2024—and an approximate fourteen (14) day continuance of scheduled change of plea hearing—currently set January 11, 2024—for good cause shown as follows:

1. The latest draft plea agreement was distributed to defense counsel on January 9, 2024, and presented to defendant, in custody, the same day.

2. Upon review of said plea agreement and related legal authorities with defense counsel, Mr. Guilfoyle requested additional time for consideration of proposed plea agreement terms in conjunction with the legal research materials provided.

3. Accordingly, additional time is required for continued consultation between Mr. Guilfoyle and defense counsel regarding the proposed, agreed disposition of this case.

4. It is also submitted that additional time is also required for consultation between the parties and the U.S. Probation Office regarding unique sentencing issues presented in this case.

5. It is estimated that an additional fourteen (14) days will be sufficient to accomplish the

above, and to timely submit plea paperwork to the court prior to change of plea hearing.

6. And, given that said requested hearing continuance would extend this matter beyond the currently scheduled jury trial date, a continuance to the February jury trial docket is also requested.

7. It is respectfully urged that the ends of justice served by this requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A). It is also respectfully urged that denial of the requested continuance would result in irreparable prejudice to defendant by denying counsel the reasonable time necessary for effective trial preparation taking into account the exercise of due diligence. See Id. at §3161(h)(7)(b)(iv).

8. Mr. Guilfoyle has executed a Speedy Trial Waiver to be filed contemporaneously herewith.

9. The government, by and through Assistant U.S. Attorney Adam Bailey, has no objection to the relief requested herein.

10. This motion is submitted in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Mr. Guilfoyle prays for all relief requested herein, and prays for all such further relief as the court deems just and equitable.

Respectfully submitted,

LAYMAN & MORRIS, pllc

s/ Stephen G. Layman
Stephen G. Layman, OBA No. 22423
Mid-Continent Tower
401 South Boston Avenue | Suite 500
Tulsa, Oklahoma 74103
(918) 933-4353 *Telephone*
(918) 699-0353 *Facsimile*
steve@laymanmorris.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 9th day of January 2024, a true-and-correct copy of the foregoing was served upon the following:

Adam Bailey
Assistant U.S. Attorney
adam.bailey@usdoj.gov

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrant(s) above.

s/ Stephen G. Layman