UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                                              Plaintiff,
vs.

Nicholas Lawrence Guilfoyle,
                                                              Defendant(s).

Case No.: 23-cr-00235-GKF-3
Date: 1/25/2024
Court Time: 10:20 to 10:49

**MINUTE SHEET ARRAIGNMENT and/or CHANGE of PLEA**

Susan E. Huntsman, U.S. Magistrate Judge      D. Gross, Deputy Clerk      Magistrate Courtroom 1

Counsel for Plaintiff: Joel Lyn McCormick / Niko Boulieris for

Counsel for Defendant: Stephen G Layman , Appt.

Probation Officer: _____

Age of Defendant: 25          Interpreter: _____ ☐ sworn

Defendant appears in person:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;  Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing

Defendant's name as reflected in the Indictment;

  ☒ Verified in open court as the true and correct legal name
  ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court as the true and correct legal name:  ☐ U.S. Atty;  ☐ Deft's Atty to verify, advise court

☒ Defendant acknowledges receipt of Indictment

☐ Defendant enters not guilty plea as to Count(s) _____ of the Indictment      ☐ Schedule to be entered

Defendant waives:  ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;  ☐ Separate Representation
                   ☒ Waivers approved by Court;

Defendant advised of:  ☒ charge and  ☐ arraigned;  Indictment: ☒ Read  ☐ Reading waived

☒ Defendant relates fact of charge

☒ Defendant withdraws not guilty plea(s) as to Count(s) 5 of the Indictment

☒ Defendant enters guilty plea to as to Count(s) 5 of the Indictment

☐ Remaining Count(s) to be dismissed at sentencing: _____

☒ Petition to enter plea of Guilty sworn and executed

☐ Findings re: Plea Agreement made;  ☒ Findings re: Plea agreement reserved

☒ Defendant adjudged guilty as charged as to as to Count(s) 5 of the Indictment

☒ Petition  ☒ and Plea Agreement disclosed in open Court and will be filed of record  ☒ PSI ordered
☐ SENTENCING SET _____ at 8:00 a.m.

☒ SENTENCING to be scheduled upon completion of PSI

☐ Defendant allowed to stand on present bond;  ☐ Government stipulates, findings made

☒ Defendant remanded to custody of U.S. Marshal

Additional Minutes: Cm-ECF to be corrected to reflect Defendant is only charged with Count 5 of the Indictment and not Count 1 and Count 5.