UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.

Nicholas Lawrence Guilfoyle,

                Defendant(s).

Case No.: 23-cr-00235-GKF-3

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE FOR A CHANGE OF PLEA IN A FELONY CASE**

    A United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged, including the maximum possible penalties which might be imposed if I am found guilty. A Magistrate Judge has also informed me of my right to the assistance of legal counsel. A Magistrate Judge has further informed me of my right to trial, judgment, and sentencing before a United States District Judge.

    **I hereby waive (give up) my right to trial before a United States District Judge, and consent to a change of plea before a United States Magistrate Judge. I understand that I will be sentenced by a United States District Judge.**

Date: 1/25/2024

_____
Nicholas Lawrence Guilfoyle, Defendant

_____
Attorney for Defendant

_____
Susan E. Huntsman, U.S. Magistrate Judge

Arraignment Change of Plea Magistrate Judge                                                             (11/2021)