IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America      Plaintiff(s), <br> vs. <br> Tausha Michelle Swarer      Defendant(s). | Case No.:23-cr-00235-GKF-2 <br> Criminal Information Sheet <br> Interpreter: Yes ☐   No ☒ |

Date: _____5/24/2024_____

Magistrate Judge Little     Deputy Lauren Lewis     USPO E. Cervini
Date of Arrest: _5/24/2024_   Arrested By: __FBI_____   ☒ Detention Requested by AUSA
Bail Recommendation:    ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____    ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h.    ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ i. ☐ j. ☐ k. ☐ l.    ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)    ☐ w. (☐ 1, ☐ 2)
☐ n. _____    ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   ☐ Yes   ☐ No
Defendant's Attorney: Marny Hill    ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA:    Niko Boulieris

**MINUTES:**

Interpreter: _____; ☐ Sworn

☑ Defendant appears in person for IA on: ☑ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
     with:   ☐ Ret Counsel; ☐ FPD; ☑ Ct. Appt; ☐ w/o Counsel
☑ Financial Affidavit received and FPD/CJA appointed; ☑ Present ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
    ☑ Verified in open court
    ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☑ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☑ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☑ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☑ Defendant remanded to custody of U.S. Marshal: ☑ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention #46: ☐ Granted; ☐ Denied; ☑ Moot   Mot. for Hearing #47: ☐ Granted; ☐ Denied; ☑ Moot

**Additional Minutes:** _____
_____