IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 24-CR-235-GKF |
| V. | ) |
| TAUSHA MICHELLE SWARER | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE AS
### CJA APPOINTED ATTORNEY OF RECORD

**COMES NOW** Marny Hill, Attorney at Law, and enters her appearance as a CJA appointed attorney of record for the above defendant.

Respectfully Submitted,

Marny Hill


By___s/ Marny Hill_____
**MARNY HILL, OBA# 17295**
P.O. BOX 1506
TULSA, OK 74101
(198)232-3008
MHILLATTORNEY@GMAIL.COM
**Attorney for Swarer**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25rd day of May, 2024, the foregoing instrument was electronically transmitted to the following ECF registrants:

Joel-lyn McCormick

Niko Boulieris

Reagan Reininger

                                                     s/Marny Hill