

AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~ unsealed 9/18/23

RECEIVED JUL 1 2 2023 BY: USMS

## UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
| v. | ) |
| TAUSHA MICHELLE SWARER | ) Case No. **23 CR 235 GKF** |
| Defendant | ) |

FILED MAY 2 9 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TAUSHA MICHELLE SWARER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) – Drug Conspiracy
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of Methamphetamine
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) – Drug and Firearms Forfeiture

Date: JUL 1 1 2023

_____
*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 05/23/24, and the person was arrested on *(date)* 05/24/24
At *(city and state)* Tulsa, OK
Date: 05/24/24

_____
*Arresting officer's signature*

Special Agent Derek Reid
*Printed name and title*

JAM/kj