# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

TAUSHA MICHELLE SWARER

Defendant.

Case No.: 23-CR-235-GKF

### WAIVER OF SPEEDY TRIAL

The Defendant, Tausha M. Swarer ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161.  With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from 7/15/2024 to 8/15/2024     be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

X _____
Defendant

6/24/24
Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____
Attorney for Defendant

6/24/24
Date

(CR-06p Modified 8/2021)