IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 23-CR-00235-GKF |
| | ) | |
| TAUSHA MICHELLE SWARER, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR CONTINUED SCHEDULING ORDER

Defendant, Tausha Michelle Swarer, by and through undersigned counsel, respectfully moves the Court to continue the scheduling order herein (Doc. #53), for a period of thirty (30) days upon the following grounds:

1. Government Discovery was produced but not readable in the format downloaded.
2. The Government, upon notice by Defense counsel, is reproducing discovery in a manner which is readable and the delivery of which is imminent.
3. Additional time is required for review and in-person attorney/client review of said discovery.
4. Co-defendant Nicholas Lawrence Guilfoyle has previously entered a plea on January 25/ 2024 and co-defendant Arthur Edward Suarez has not yet been located and arrested.
5. Additional time is also required for continuing negotiations with counsel for the Government as to an agreed disposition of this case.

6. It is estimated that thirty (30) days additional time will be sufficient foe the defense to complete discovery review and for the parties to negotiate a written plea agreement.

7. It is respectfully urged that the ends of justice served by this requested continuance outweigh the best interests of the public and the Defendant in a speedy trial. *See,* 18 U.S.C. §3161(h)(7)(A).

8. It is further respectfully urged that a denial of the requested continuance would result in irreparable prejudice to the Defendant by denying counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence. *See, Id.* At §3161(h)(7)(b)(iv).

9. The Government, by and through Assistant U.S. Attorney Adam Bailey has no objection to the requested continuance.

10. The executed Speedy Trial Waiver is to be filed contemporaneously herewith.

11. This Motion is submitted in good faith and not for the purpose of delay.

WHEREFORE, premises considered, defendant Tausha Michelle Swarer respectfully requests the Court grant the requested continuance of the Scheduling Order for a period of thirty (30) days for good cause shown.

Respectfully Submitted,

s/ Marny Hill
PO Box 1506
Tulsa, OK 74101
(918)232-3008
MHillAttorney@gmail.com
COUNSEL OF RECORD FOR
DEFENDANT TAUSHA MICHELLE SWARER

CERTIFICATE OF SERVICE

I certify that on the 26th day of June, 2024, a true and correct copy of the foregoing was served upon:

Adam Bailey
Assistant U.S. Attorney

Joel-Lyn McCormick
Assistant U.S. Attorney

Niko Boulieris
Assistant U.S. Attorney

Reagan Vincent Reininger
Assistant U.S. Attorney

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to ECF Registrants above.

s/ Marny Hill