UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

              Plaintiff,

vs.

              Case No.:23-CR-235-GKF

TAUSHA MICHELLE SWARER

**WAIVER OF SPEEDY TRIAL**

              Defendant.

The Defendant Tausha Michelle Swarer ("Defendant") acknowledges that he/she has been fully advised of his/her right to a speedy trial and understands that right has been guaranteed by the Sixth Amendment of the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161. With such knowledge, Defendant freely and voluntarily waives his/her right to a speedy trial herein. Defendant requests the Court find that the ends of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Defendant specifically requests that all delays resulting from a continuance of his/her jury trial from Aug. 2, 2024, 2024 to Oct. 2, 2024 to be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, et. seq.

_____       8-2-24
Defendant                                            Date

I have consulted with my client, Defendant, who has expressed a clear and unequivocal understanding of the right to speedy trial and voluntarily waived such right as set forth herein.

_____       8-2-24
Attorney for Defendant                        Date