IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR EDWARD SUAREZ,<br>TAUSHA MICHELLE SWARER,<br>NICHOLAS LAWRENCE GUILFOYLE,<br><br>Defendants. | Case No. 23-CR-235-GKF |

### Entry of Appearance

Assistant United States Attorney Adam C. Bailey hereby appears as counsel for Plaintiff, United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

 /s/ *Adam C. Bailey*
Adam C. Bailey, CO Bar No. 42262
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700

## Certificate of Service

    I hereby certify that on the 5th day of August, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

Marny Hill
*Counsel for Defendant Tausha Swarer*

Stephen G. Layman
*Counsel for Defendant Nicholas Guilfoyle*

                                               */s/ Adam C. Bailey*
                                               Adam C. Bailey