UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America,<br><br>vs.<br><br>Tausha Michelle Swarer,<br>　　　　　　　　　　　　　　　Defendant(s). | Plaintiff, | Case No.: 23-cr-235-GKF<br>Date: 9/17/2024<br>Court Time: 9:29 AM – 9:56 AM<br><br>**MINUTE SHEET ARRAIGNMENT and/or CHANGE of PLEA – Magistrate Judge – Felony Case** |

Susan E. Huntsman, U.S. Magistrate Judge　　　D. Gross, Deputy Clerk　　　Magistrate Courtroom 1

Counsel for Plaintiff: Adam Bailey

Counsel for Defendant: Marny Hill, FPD

Probation Officer: _____

Age of Defendant: 31　　　Interpreter: _____ ☐ sworn

Defendant appears in person: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel; Defendant: ☒ sworn;

☒ Defendant Consents to Magistrate conducting Guilty Plea Hearing
☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name
☐ Defendant stated their true and correct name is:

_____
First/Fore-/Given Name(s)　　Middle Name(s)　　Last/Sur-/Family Name(s)　　Suffix

☐ Government requested; and ☐ Court ordered:
　☐ Defendant's name be added as an a/k/a
　☐ Defendant's name be corrected by interlineation to reflect the same
☒ Defendant acknowledges receipt of Indictment
☐ Defendant enters not guilty plea as to Count(s) _____ of the Indictment　　☐ Schedule to be entered
Defendant waives: ☐ Indictment; ☒ Jury Trial; ☐ Speedy Trial; ☐ 30 Days Preparation; ☐ Separate Representation
　☒ Waivers approved by Court;
Defendant advised of: ☒ charge and ☐ arraigned; Indictment: ☐ Read ☒ Reading waived
☒ Defendant relates fact of charge
☒ Defendant withdraws not guilty plea(s) as to Count(s) 2 of the Indictment
☒ Defendant enters guilty plea to as to Count(s) 2 of the Indictment
☒ Remaining Count(s) to be dismissed at sentencing: 1, 3, and 4 of the Indictment
☒ Petition to enter plea of Guilty sworn and executed
☐ Findings re: Plea Agreement made; ☒ Findings re: Plea agreement reserved
☒ Defendant adjudged guilty as charged as to as to Count(s) 2 of the Indictment
☒ Petition ☒ and Plea Agreement disclosed in open Court and will be filed of record ☒ PSI ordered
☐ SENTENCING SET _____ at 8:00 a.m.
☒ SENTENCING to be scheduled upon completion of PSI
☐ Defendant allowed to stand on present bond; ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____