# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tausha Michelle Swarer,<br><br>Defendant. | Case No.: 23-cr-235-GKF<br><br>**WAIVER OF JURY TRIAL** |

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

_____
Tausha Michelle Swarer, Defendant

_____
Attorney for Defendant

CONSENT OF GOVERNMENT:

_____
Assistant United States Attorney

Signed and approved in open court on 9/17/2024.

_____
Susan E. Huntsman, U.S. Magistrate Judge