# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 23-CR-235-GKF-1 |
| **ARTHUR EDWARD SUAREZ,** | |
| Defendant. | |

**Petition for Writ of Habeas Corpus Ad Prosequendum**

COMES NOW Adam C. Bailey, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain case in which the United States of America is plaintiff and in which ARTHUR EDWARD SUAREZ is defendant, and that the case is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have ARTHUR EDWARD SUAREZ present at Tulsa, Oklahoma, for initial appearance, forthwith, and for the duration of this case.

That ARTHUR EDWARD SUAREZ at this time is a prisoner in the David L. Moss Correctional Center, Tulsa, Oklahoma and will not have been released on the date that the initial appearance is scheduled, and that ARTHUR EDWARD

SUAREZ is in the charge, custody, and under the control of the Sheriff of David L. Moss Correctional Center, Tulsa, Oklahoma.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the Sheriff of said institution, and that he be directed and required to deliver the body of ARTHUR EDWARD SUAREZ to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of ARTHUR EDWARD SUAREZ before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of this case, the Marshal, deputy, or agent shall return the body of ARTHUR EDWARD SUAREZ to the aforesaid David L. Moss Correctional Center, Tulsa, Oklahoma.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

*/s/ Adam C. Bailey*
Adam C. Bailey, CO Bar No. 42262
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

    Adam C. Bailey, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

                              */s/ Adam C. Bailey*
                              Assistant United States Attorney

    Subscribed and sworn to before me this 7th day of October, 2024.

                              */s/ Kimberly M. Jackson*
                              Notary Public

My commission #10001781 expires:

3/3/2026