## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-235-GKF-1 |
| ARTHUR EDWARD SUAREZ, | |
| Defendant. | |

**Writ of Habeas Corpus Ad Prosequendum**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
SPECIAL AGENT/TFO Robert Heidlage, FBI and
Sheriff Vic Regalado,
David L. Moss Correctional Center, Tulsa, Oklahoma

GREETINGS:

You are hereby commanded to deliver the body of ARTHUR EDWARD SUAREZ by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of ARTHUR EDWARD SUAREZ to the United States District Court for the Northern District of Oklahoma forthwith, in a certain case wherein the United States of America is plaintiff and ARTHUR EDWARD SUAREZ is defendant, and upon completion of this case, the United States Marshal, deputy, or agent shall return ARTHUR

EDWARD SUAREZ to the aforesaid David L. Moss Correctional Center, Tulsa,

Oklahoma and that thereupon the Marshal, deputy, or agent shall then and there make

return of his actions and doings on said writ as provided by law.

Dated this 7th day of October, 2024.


HEIDI D. CAMPBELL, Clerk
United States District Court
Northern District of Oklahoma


By: _____
        Deputy, K. Perkins


ACB/kj

2