UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>                                 Plaintiff,<br>vs.<br><br>Arthur Edward Suarez,<br>                               Defendant(s). | Case No.: 23-cr-00235-GKF-1<br>Date: 10/11/2024<br>Court Time: 1:17pm – 1:18pm<br><br>**MINUTE SHEET – DETENTION AND/OR<br>PRELIMINARY HEARING** |

Christine D. Little, U.S. Magistrate Judge    L. Tiefenthaler, Deputy Clerk   Magistrate Courtroom 1

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Adam Bailey
Counsel for Defendant: Katherine Greubel    FPD
Case called for:   ☒ Detention Hearing,  ☐ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives:  ☐ Preliminary Hearing  ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # 85 ;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 85 ):  ☐ granted,  ☐ denied,  ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,  ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:                               Defendant's Witnesses:

Government's Exhibits:                                    Defendant's Exhibits: