**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | | |
|---|---|---|
| | Plaintiff, | Case No.: 23-cr-00235-GKF-3 |
| vs. | | Date: 10/22/2024 |
| | | Court Time: 12:21 p.m. to 12:40 p.m. |
| Nicholas Lawrence Guilfoyle, | | |
| | Defendant(s). | **MINUTE SHEET - SENTENCING** |

Gustavo A Gelpi, Jr, U.S. District Judge    L. Lewis, Deputy Clerk    Leslie Ruiz, Reporter    Crt Rm 4

Counsel for Plaintiff: Atilla Bogdan    Counsel for Defendant: Stephen G Layman, Appt.
Probation Officer: Logan Harrison    Interpreter: ☐ sworn; ☒ N/A

☒ Defendant appears in person with counsel
☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by:    ☐ Pltf    ☐ Deft;    ☒ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☒ Findings re: Plea Agreement Accepted
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made; ☒ Departure: ☐ Variance: ☐ Upward ☒ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 65]:    ☒ Granted    ☐ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count(s) 5 of the Indictment:**
☒ Bureau of Prison for a term of    70 months    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Supervised Release for term of    3 years    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Fine:    $    ☐ With Interest    ☐ Interest Waived    ☒ Not Imposed
☒ Special Monetary Assessment    $ 100    ☒ Due Immediately    ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction    ☐ Gambling;    ☐ to include treatment
☒ DNA Sample    ☐ Home Detention Condition -    months*
☒ Controlled Substances Restriction    ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended    ☒ Mental health    ☐ to include treatment
☐ Alcohol Abstinence    ☐ No contact with Victim
☐ Anger Management    ☒ Search & Seizure
☐ Community Confinement -    months    ☐ Sex Offender - Paragraphs    .
☐ Community Service -    hours    ☐ Sober Living
☐ Computer Restriction    ☒ Substance Abuse Treatment & Testing
☐ Curfew -    months*    ☐ Workforce Development
☐ Domestic Violence Program
☐ Financial    *Entire cost of the electronic monitoring shall be paid by:    ☐ Prob    ☐ Deft

☒ Defendant advised of right to appeal    Court recommends to BOP:
☐ Appeal affidavit required    ☒ Designate a facility located in or near: Closest facility to Tulsa, OK
    ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
    ☒ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
    ☐ Most comprehensive substance abuse treatment available
    ☐ Other:

☒ Remaining counts ordered dismissed: None as to this Defendant
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** Discussion held regarding Government's Motion (Docket No. 65); Defendant states on the record he will not be appealing his sentence.